### 8986. ANDREWS *v.* CITY OF EDISON.

BLOODWORTH, J. It appearing from the record that there was not "attached to the petition a certified copy of the bond, together with a certificate from the clerk of the court that the bond was filed with him and was approved and accepted by him," and no pauper affidavit having been made, under the ruling in *Gillespie* v. *Macon*, 19 *Ga. App.* 1 (90 S. E. 970), the judge properly "overruled and denied" the certiorari.

     *Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*
         DECIDED NOVEMBER 14, 1917.

Certiorari; from Calhoun superior court—Judge Harrell. June 6, 1917.

*A. L. Miller,* for plaintiff in error.